# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian John Wolfe and Catherine Lea Wolfe | BKY. NO. 14-02654 RNO |
| Debtor(s) | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4433

                                   Respectfully submitted,

                                   **/s/ Thomas Puleo**
                                   Thomas Puleo, Esquire
                                   James C. Warmbrodt, Esquire
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 825-6306  FAX (215) 825-6406
                                   Attorney for Movant/Applicant