## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian John Wolfe<br>Catherine Lea Wolfe<br>                     Debtor(s)<br><br>JPMorgan Chase Bank, National Association<br>                     Movant<br>      vs.<br><br>Brian John Wolfe<br>Catherine Lea Wolfe<br>                     Debtor(s)<br><br>Charles J. DeHart, III Esq.<br>                     Trustee | CHAPTER 13<br><br><br><br>NO. 14-02654 RNO |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Response to Notice of Payment Change Rule 3002.1 (Claim # 12) of JPMorgan Chase Bank, National Association, which was filed with the Court on or about **5/6/19** at Doc. 30.

                                                           Respectfully submitted,

                                                           **/s/ James C. Warmbrodt, Esquire**
                                                           James C. Warmbrodt, Esquire
                                                           KML Law Group, P.C.
                                                           BNY Mellon Independence Center
                                                           701 Market Street, Suite 5000
                                                           Philadelphia, PA  19106
                                                           412-430-3594

May 7, 2019