```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                            Case No. 14-02654-RNO
Brian John Wolfe                                                  Chapter 13
Catherine Lea Wolfe
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: JGoodling              Page 1 of 2              Date Rcvd: Jun 12, 2019
                              Form ID: 3180W               Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2019.
```
db/jdb         +Brian John Wolfe,    Catherine Lea Wolfe,    441 Chestnut Ave,    Kingston, PA 18704-3605
4501262         A.E.S,    1200 N. 7TH ST,    HARRISBURG, PA 17102-1419
4501264         BANK OF  AMERICA HOME LOANS,    PO BOX 660694,    DALLAS, TX  75266-0694
4501267         Chase Bank,    PO BOX 24696,    COLUMBUS, OH  43224-0696
4543605         FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
4501270         GEISINGER,    100 NO. ACADEMY ST,    DANVILLE, PA  17822-3941
4514993        +Highway Federal Credit Union,    1843 Highway 315,    Pittston, PA 18640-6101
4560011        +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4501261        +Law Office of Carol Baltimore,    480 PIERCE ST STE 480,    KINGSTON, PA 18704-5512
4506159         Nissan - Infiniti,    POB 660366,    Dallas, TX  75266-0366
4512432        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
4501274         Wilkes Barre General Hospital,    Po Box 415616,    Boston, MA  02241-5616
4501259        +Wolfe Brian John,    441 Chestnut Ave,    Kingston, PA 18704-3605
4501260        +Wolfe Catherine Lea,    441 Chestnut Ave,    Kingston, PA 18704-3605
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4501263         EDI: RMSC.COM Jun 12 2019 23:13:00      AMAZON.COM,    PO BOX 960013,    ORLANDO, FL  32896-0013
4501265        +EDI: TSYS2.COM Jun 12 2019 23:08:00      Barclays Bank,    125 S. West St,
                 Wilmington, DE 19801-5014
4501266         EDI: CAPITALONE.COM Jun 12 2019 23:13:00      CAPITAL ONE,    PO BOX 71083,
                 Charlotte, NC  28272-1083
4543532        +E-mail/Text: bncmail@w-legal.com Jun 12 2019 19:11:21      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4501273         EDI: SEARS.COM Jun 12 2019 23:13:00      Sears,    Po Box 183082,    Columbus, OH  43218-3082
4541053         EDI: BL-BECKET.COM Jun 12 2019 23:13:00      Capital One NA,    c/o Becket and Lee LLP,
                 POB 3001,    Malvern PA 19355-0701
4501268        +EDI: CHASE.COM Jun 12 2019 23:13:00      Chase Bank,    PO BOX 15298,    WILMINGTON, DE 19850-5298
4501269         EDI: RCSDELL.COM Jun 12 2019 23:08:00      DELL FINANCIAL,    PO BOX 6403,
                 CAROL STREAM, IL  60197-6403
4699653         EDI: ECMC.COM Jun 12 2019 23:08:00      ECMC,    PO BOX 16408,    ST.PAUL, MN 55116-0408
4699654         EDI: ECMC.COM Jun 12 2019 23:08:00      ECMC,    PO BOX 16408,    ST.PAUL, MN 55116-0408,    ECMC,
                 PO BOX 16408,    ST.PAUL, MN 55116-0408
4501271         EDI: RMSC.COM Jun 12 2019 23:13:00      J.C. Penny,    Po Box 960090,    Orlando, FL  32896-0001
4501272         E-mail/Text: bncnotices@becket-lee.com Jun 12 2019 19:11:09      KOHLS,    PO BOX 2983,
                 MILWAUKEE, WI  53201-2983
4528829         EDI: PRA.COM Jun 12 2019 23:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
                                                                                              TOTAL: 13
```
```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Highway Federal Credit Union,    1843 Highway 315,    Pittston, PA 18640-6101
4501278*        A.E.S,    1200 N. 7TH ST,    HARRISBURG, PA 17102-1419
4501279*        AMAZON.COM,    PO BOX 960013,    ORLANDO, FL  32896-0013
4501280*        BANK OF  AMERICA HOME LOANS,    PO BOX 660694,    DALLAS, TX  75266-0694
4501281*       +Barclays Bank,    125 S. West St,    Wilmington, DE 19801-5014
4501282*        CAPITAL ONE,    PO BOX 71083,    Charlotte, NC  28272-1083
4501289*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Sears,    Po Box 183082,    Columbus, OH  43218-3082)
4501283*        Chase Bank,    PO BOX 24696,    COLUMBUS, OH  43224-0696
4501284*       +Chase Bank,    PO BOX 15298,    WILMINGTON, DE 19850-5298
4501285*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: DELL FINANCIAL,    PO BOX 6403,    CAROL STREAM, IL  60197-6403)
4514279*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
4501286*        GEISINGER,    100 NO. ACADEMY ST,    DANVILLE, PA  17822-3941
4501287*        J.C. Penny,    Po Box 960090,    Orlando, FL  32896-0001
4501288*        KOHLS,    PO BOX 2983,    MILWAUKEE, WI  53201-2983
4501277*       +Law Office of Carol Baltimore,    480 PIERCE ST STE 480,    KINGSTON, PA 18704-5512
4501290*        Wilkes Barre General Hospital,    Po Box 415616,    Boston, MA  02241-5616
4501275*       +Wolfe Brian John,    441 Chestnut Ave,    Kingston, PA 18704-3605
4501276*       +Wolfe Catherine Lea,    441 Chestnut Ave,    Kingston, PA 18704-3605
                                                                                   TOTALS: 0, * 18, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                   Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:

```
Carol Weiss Baltimore    on behalf of Debtor 1 Brian John Wolfe bandicot6@aol.com
Carol Weiss Baltimore    on behalf of Debtor 2 Catherine Lea Wolfe bandicot6@aol.com
Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
ECMC    djwilcoxson@ecmc.org
James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
 bkgroup@kmllawgroup.com
John Fisher    on behalf of Creditor   Highway Federal Credit Union johnvfisher@yahoo.com,
 fisherlawoffice@yahoo.com
Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
Thomas I Puleo    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
 tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
```

                                                                                TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Brian John Wolfe** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–0498** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Catherine Lea Wolfe** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–4494** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **5:14–bk–02654–RNO** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Brian John Wolfe

Catherine Lea Wolfe

**By the court:**

6/12/19

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: JGoodling, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**